**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| NICOLE NEWMAN, | ) Case No.: 21-cv-00697-MCE-AC |
| Plaintiff, | ) **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NELSON & KENNARD TO RESPOND TO COMPLAINT** |
| vs. | ) |
| NELSON & KENNARD, | ) |
| Defendant. | ) **Complaint Filed: 04/19/2021** |

The Court having considered the stipulation of the parties for an order extending the time for Defendant NELSON & KENNARD to respond to Plaintiff NICOLE NEWMAN's Complaint and with good cause appearing, therefore;

///

///

///

IT IS HEREBY ORDERED that Defendant NELSON & KENNARD shall have through August 13, 2021 to file its response to the Complaint of Plaintiff NICOLE NEWMAN.

IT IS SO ORDERED.

DATED: July 15, 2021

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE